**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LOUIS A. SANTO, JR., and<br>JOY M. SANTO,<br><br>    Plaintiffs<br><br>       v.<br><br>US BANK NATIONAL ASSOCIATION,<br>et al.<br><br>    Defendants | Civil Action No. 1:17-cv-01597-CCC<br><br>(Chief Judge Connor) |

## CERTIFICATE OF SERVICE

I, **Joseph L. Gentilcore**, hereby certify that, on this date, I caused a true and correct copy

of the foregoing Plaintiff's First Amended Complaint to be served by way of electronic mail upon

the following counsel of record:

<table>
<tr>
<td align="center">Stephanie J. Peel<br>MCGUIRE WOODS LLP<br>speel@mcguirewoods.com<br><br>***Attorneys for Defendant***<br>***Bank of America Corporation***<br><br>Daniel JT McKenna<br>BALLARD SPAHR LLP<br>mckennad@ballardspahr.com<br><br>***Attorneys for Defendant***<br>***Specialized Loan Servicing LLC***</td>
<td align="center">Craig A. Hirneisen<br>STEVENS & LEE PC<br>cah@stevenslee.com<br><br>***Attorneys for Defendant***<br>***US Bank National Association,***<br>***Bank of America Corporation,***<br>***Specialized Loan Servicing LLC, and***<br>***Wells Fargo & Company***</td>
</tr>
</table>

**FRANCIS & MAILMAN, P.C.**

BY:    */s/ Joseph L. Gentilcore*
          JOSEPH L. GENTILCORE, ESQUIRE
          Attorney for Plaintiff
          Land Title Building, 19th Floor
          100 South Broad Street
          Philadelphia, PA 19110
Date: October 31, 2017      (215) 735-8600