# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOUIS A. SANTO, JR. and JOY M. SANTO,** | CIVIL ACTION NO. 1:17-CV-1597 |
| Plaintiffs | (Chief Judge Conner) |
| v. | |
| **U.S. BANK NATIONAL ASSOCIATION, BANK OF AMERICA CORPORATION, SPECIALIZED LOAN SERVICING LLC, and WELLS FARGO & COMPANY d/b/a AMERICA'S SERVICING COMPANY,** | |
| Defendants | |

## ORDER

AND NOW, this 28th day of September, 2018, upon consideration of defendants' motions (Docs. 19, 20) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 19) to dismiss filed by defendants U.S. Bank National Association, Bank of America Corporation, and Wells Fargo & Company doing business as America's Servicing Company is GRANTED in its entirety. Counts I, II, and III are dismissed, and Count IV is dismissed with prejudice.

2. The motion (Doc. 20) to dismiss filed by defendant Specialized Loan Servicing LLC is GRANTED in part and DENIED in part as follows:

    a. The motion to dismiss is GRANTED as to Count VI.

    b. The motion to dismiss is DENIED as to Count V.

3. Plaintiffs shall be permitted to file a second amended complaint within twenty-one (21) days of the date of this order, consistent with the above paragraphs and the accompanying memorandum. In the absence of a timely filed second amended complaint, the above-captioned action shall proceed on Count V of plaintiffs' first amended complaint.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania